# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| RICK A. BRANDES,<br><br>    Petitioner,<br><br>vs.<br><br>NICK LUDWICK,<br><br>    Respondent. | No. C13-2072-LRR<br><br>ORDER |

This matter is before the court on the petitioner's application for a writ of habeas corpus (docket no. 1) and application for appointment of counsel (docket no. 2). The petitioner filed those applications on October 23, 2013. The petitioner paid the required filing fee. *See* 28 U.S.C. § 1914.

Currently confined at the Iowa State Penitentiary in Fort Madison, Iowa, the petitioner brings this action under 28 U.S.C. § 2254 to challenge the legality of his confinement. The clerk's office is directed to send a copy of the application for a writ of habeas corpus by certified mail to the respondent and the Iowa Attorney General in accordance with Rule 4, Rules Governing Section 2254 Cases. The respondent is directed to file an answer or dispositive motion to the application for a writ of habeas corpus in accordance with Rule 5, Rules Governing Section 2254 Cases, by no later than December 23, 2013.

Lastly, the court concludes that the assistance of counsel is not warranted at this time. Having reviewed *Brandes v. State*, 825 N.W.2d 327 (Iowa Ct. App. 2012), and *State v. Brandes*, 2007 Iowa App. LEXIS 1363 (Iowa Ct. App. 2007), it appears that none of the petitioner's claims entitle him to habeas relief, which is an extraordinary remedy. Accordingly, the petitioner's application for appointment of counsel is denied. *See Davis*

*v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996) (setting forth factors to be considered for appointment of counsel in civil case); *Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (same); *Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985) (stating an indigent litigant enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case).

**IT IS SO ORDERED.**

**DATED** this 22nd day of November, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA